IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLENN WHEELER,
        Petitioner,

vs.                                               CASE NO. 4:06cv567-SPM/WCS

STATE OF FLORIDA,
        Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated April 2, 2007 (doc. 6). Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order.

DONE AND ORDERED this 11th day of May, 2007.

                                         *s/ Stephan P. Mickle*
                                         Stephan P. Mickle
                                         United States District Judge